**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
04 - 61159 - CV - JAL

CASE NO. 04-61351-CIV-LENARD/SIMONTON

**JOHN A. ABBOTT**, et al.,

      Plaintiffs,

vs.

**IRA B. LAMPART; HARLAN PRESS;**
**RICHARD FINKBEINER**; and
**CONCORD CAMERA CORP.,**

      Defendants.

_____/



FILED by _____ D.C.

NOV 2 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF CONSOLIDATION

    **THIS CAUSE** is before the Court <u>sua sponte</u>. On October 18, 2004, Plaintiffs

Abbott, et al., filed their Complaint (D.E. 1) in Case No. 04-61351-CIV. On September 1,

2004, Plaintiffs Martin Brustein, et al., filed their Complaint (D.E. 1) in Case No. 04-61159-

CIV. Having thoroughly reviewed the Complaints and the record, the Court finds as follows:

    Pursuant to Federal Rule of Civil Procedure 42(a), the Court finds that Case No. 04-

61351-CIV involves common questions of law and fact — including the same Defendants

and similar claims arising from the same set of events — as Case No. 04-61159-CIV. In the

interest of judicial economy, these cases shall be consolidated for both pretrial procedures

and for trial. Accordingly, it is:

    **ORDERED AND ADJUDGED** that:

    1.    Case No. 04-61159-CIV-LENARD/SIMONTON and Case No. 04-61351-

        CIV-LENARD/SIMONTON shall be **CONSOLIDATED**.

2.     The higher-numbered case, Case No. 04-61351-CIV-

LENARD/SIMONTON, shall be **ADMINISTRATIVELY CLOSED**.

3.     All pleadings in the consolidated case shall be filed under the lower case

number, Case No. 04-61159-CIV-LENARD/SIMONTON.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___24___ day of

November, 2004.


**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**


cc:    U.S. Magistrate Judge Andrea M. Simonton

       All Counsel of Record

       Case No. 04-61159-CIV-LENARD/SIMONTON
       Case No. 04-61351-CIV-LENARD/SIMONTON