UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61159-CIV-LENARD/SIMONTON ✓

**MARTIN BRUSTEIN**, et al.,

    Plaintiffs,
vs.

**IRA B. LAMPART; HARLAN PRESS; RICHARD FINKBEINER;** and **CONCORD CAMERA CORP.,**

    Defendants.
_____/


FILED by _____ D.C.
DEC 14 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 04-61351-CIV-LENARD/SIMONTON

**STEPHEN J. MAZUR**, et al.,

    Plaintiffs,
vs.

**IRA B. LAMPART; HARLAN PRESS; RICHARD FINKBEINER;** and **CONCORD CAMERA CORP.,**

    Defendants.
_____/

## ORDER OF CONSOLIDATION

**THIS CAUSE** is before the Court <u>sua sponte</u>. On November 16, 2004, Plaintiffs Mazur, et al., filed their Complaint (D.E. 1) in Case No. 04-22892-CIV. On September 1, 2004, Plaintiffs Martin Brustein, et al., filed their Complaint (D.E. 1) in Case No. 04-61159-CIV. Having thoroughly reviewed the Complaints and the record, the Court finds as follows:



Pursuant to Federal Rule of Civil Procedure 42(a), the Court finds that Case No. 04-22892-CIV involves common questions of law and fact — including the same Defendants and similar claims arising from the same set of events — as Case No. 04-61159-CIV. In the interest of judicial economy, these cases shall be consolidated for both pretrial procedures and for trial. Accordingly, it is:

**ORDERED AND ADJUDGED** that:

1. Case No. 04-61159-CIV-LENARD/SIMONTON and Case No. 04-22892-CIV-LENARD/SIMONTON shall be **CONSOLIDATED**.

2. The higher-numbered case, Case No. 04-22892-CIV-LENARD/SIMONTON, shall be **ADMINISTRATIVELY CLOSED**.

3. All pleadings in the consolidated case shall be filed under the lower case number, Case No. 04-61159-CIV-LENARD/SIMONTON.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___14___ day of December, 2004.

                                                JOAN A. LENARD
                                                UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Andrea M. Simonton

       All Counsel of Record

       Case No. 04-61159-CIV-LENARD/SIMONTON
       Case No. 04-22892-CIV-LENARD/SIMONTON