**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 04-61159-CIV-LENARD/KLEIN ✓



FILED by ⎯⎯ D.C.

MAY 1 0 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**MARTIN BRUSTEIN**, et al.,

   Plaintiffs,

vs.

**IRA B. LAMPART; HARLAN PRESS; RICHARD FINKBEINER;** and **CONCORD CAMERA CORP.,**

   Defendants.

_____/

CASE NO. 05-60574-CIV-LENARD/KLEIN

**PAUL J. NIEMAN,** derivatively and on behalf of Nominal Defendant, Concord Camera Corp.,

   Plaintiff,

vs.

**IRA B. LAMPART; RONALD S. COOPER, MORRIS H. GINDI, J. DAVID HAKMAN, WILLIAM J. O'NEIL, JR., HARLAN PRESS, and RICHARD FINKBEINER,**

   Defendants,
and

**CONCORD CAMERA CORP.,**

   Nominal Defendant.

_____/

## ORDER OF CONSOLIDATION

**THIS CAUSE** is before the Court <u>sua sponte</u>. On September 1, 2004, Plaintiffs

Martin Brustein, et al., filed their Complaint (see D.E. 1, Case No. 04-61159-CIV). On April 14, 2005, the Complaint filed by Plaintiff Paul J. Nieman was transferred from the District of New Jersey to this District (see D.E. 1, Case No. 05-60574-CIV, previously Civil Action No. 04-4725-HAA (D.N.J.)). Having thoroughly reviewed each Complaint and all pertinent portions of each record, the Court finds that these actions involve common questions of fact, including a majority of the same Defendants and the same underlying events. Thus, pursuant to Federal Rule of Civil Procedure 42(a) and in the interest of judicial economy, these cases shall be consolidated for discovery. Accordingly, it is:

**ORDERED AND ADJUDGED** that:

1. Case No. 04-61159-CIV and Case No. 05-60574-CIV shall be **CONSOLIDATED for discovery purposes only**.

2. All discovery-related pleadings shall be filed under the lower case number, Case No. 04-61159-CIV.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____10____ day of May, 2005.

JOAN A. LENARD
**UNITED STATES DISTRICT JUDGE**

cc:     U.S. Magistrate Judge Andrea M. Simonton

All Counsel of Record

Case No. 04-61159-CIV-LENARD/KLEIN
Case No. 05-60574-CIV-LENARD/KLEIN

2