

Mar 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-61159-CIV-LENARD/KLEIN

**STEPHEN J. MAZUR, Individually and on behalf of all others similarly situated,**

    Plaintiff,

vs.

**IRA B. LAMBERT, HARLAN PRESS, RICHARD M. FINKBEINER, and CONCORD CAMERA CORP.,**

    Defendants.

_____

## NOTICE OF FILING

    Pursuant to the Court's Order dated February 3, 2006, undersigned counsel files herewith a proposed Order Scheduling Mediation in this case.

Dated: March 2, 2006                        Respectfully submitted,

                                               **VIANALE & VIANALE LLP**

                                               By: s/ Julie Prag Vianale
                                               Kenneth J. Vianale
                                               (Fla. Bar No. 0169668)
                                               Julie Prag Vianale
                                               (Fla. Bar No. 0184977)
                                               2499 Glades Road, Suite 112
                                               Boca Raton, FL  33431
                                               Tel: (561) 392-4750
                                               Fax: (561) 392-4775

                                             **Liaison Counsel for Lead Plaintiff**

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Robin Switzenbaum
1622 Locust Street
Philadelphia, Pa.  19103
Tel: (215) 875-3000
Fax: (215) 875-4604

**Lead Counsel for Lead Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by First Class U.S. Mail, this 2nd day of March, 2006 to:

**SQUIRE SANDERS & DEMPSEY, LLP**
Alvin B. Davis
Richard Brodsky
Suite 4100
200 S. Biscayne Blvd.
Miami, Fl. 33131
Tel: (305) 577-7028
Fax: (305) 577-7000
**Attorneys for Defendant**

                                                                        s/ Julie Prag Vianale

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-61159-CIV-LENARD/KLEIN

**STEPHEN J. MAZUR, Individually and on behalf of all others similarly situated,**

    Plaintiff,

vs.

**IRA B. LAMBERT, HARLAN PRESS, RICHARD M. FINKBEINER, and CONCORD CAMERA CORP.,**

    Defendants.
_____

## ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with the Honorable Judge Nicholas H. Politan on September 19, 2007, at 9:30 a.m., at Miami, Florida. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of _____, 2006.

                                                  _____
                                                  **JOAN A. LENARD**
                                                  **UNTIED STATES DISTRICT JUDGE**

Copies furnished to:   Magistrate Judge Theodore Klein
counsel of record